IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TWYLA STALLWORTH and JERMARI MARSHALL, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:24cv243-MHT (WO) |
| JOHN G. BARTON, in his individual capacity; and CITY OF ANDALUSIA, ALABAMA | ) ) ) ) | |
| Defendants. | ) | |

ORDER ON MOTION TO FILE SUPPLEMENTAL BRIEFING

In accordance with the opinion and order on supplemental jurisdiction entered today, defendants' motion for leave to file additional supplemental briefing on the state issues (Doc. 38) is denied.

DONE, this the 30th day of March, 2026.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE