IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TWYLA STALLWORTH and      )
JERMARI MARSHALL,         )
                          )
                          )
    Plaintiffs,           )
                          )        CIVIL ACTION NO.
    v.                    )        2:24cv243-MHT
                          )            (WO)
JOHN G. BARTON, in his    )
individual capacity; and  )
CITY OF ANDALUSIA, ALABAMA )
                          )
    Defendants.           )

OPINION AND ORDER ON SUPPLEMENTAL JURISDICTION

In an opinion and order on the pending motions for summary judgment entered on March 16, 2026 (Doc. 35), the court stated that, because it "has now resolved all of the federal claims" in favor of the sole defendant against whom the claims were asserted, *id.* at 23, and because "it appears at first blush that dismissal of the state claims would not be unfair to [plaintiffs]," *id.*

at 25, the court invited the parties to brief the issue of whether the court should decline supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367(c)(3). After considering the parties' responses, the court now believes that it should decline supplemental jurisdiction over the state claims for the reasons given in the summary-judgment opinion and order.

An appropriate final judgment will be entered.

DONE, this the 30th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE