IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TWYLA STALLWORTH and      )
JERMARI MARSHALL,         )
                          )
                          )
     Plaintiffs,          )
                          )        CIVIL ACTION NO.
     v.                   )        2:24cv243-MHT
                          )             (WO)
JOHN G. BARTON, in his    )
individual capacity; and  )
CITY OF ANDALUSIA, ALABAMA )
                          )
     Defendants.          )

JUDGMENT

In accordance with the opinion and order on the motions for summary judgment entered on March 16, 2026 (Doc. 35), and the opinion and order on supplemental jurisdiction entered today, it is the ORDER JUDGMENT and DECREE of the court as follows:

(1) Defendants City of Andalusia and John G Barton's motion for summary judgment (Doc. 19) is granted as to the federal claims (unlawful arrest and excessive force)

asserted by plaintiffs Twyla Stallworth and Jermari Marshall against defendant Barton; and judgment is entered in favor of defendant Barton and against plaintiffs Stallworth and Marshall as to these claims, with plaintiffs Stallworth and Marshall taking nothing by their complaint as to these claims.

(2) Defendants City of Andalusia and Barton's motion for summary judgment (Doc. 19) is denied without prejudice as to plaintiffs Stallworth and Marshall's state claims (that is, for false arrests, false imprisonment, and assault and battery) against these two defendants and with leave for the motion to be renewed in state court as to these claims, should plaintiffs Stallworth and Marshall refile these claims in state court.

(3) Plaintiffs Stallworth and Marshall's state claims are dismissed without prejudice and with leave to be refile in state court.    Pursuant to 28 U.S.C.

2

§ 1367(c)(3), the court declines to exercise supplemental jurisdiction over these state claims.

It is further ORDERED that costs are taxed against plaintiffs Stallworth and Marshall, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of March, 2026.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**

3